# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAD and ANDREA HUTCHISON, NEW MEXICO CATTLE GROWERS' ASSOCIATION, NEW MEXICO WOOL GROWERS, INC., NEW MEXICO FEDERAL LANDS COUNCIL, SOUTHWEST QUAY SOIL AND WATER CONSERVATION DISTRICT, ARCH HURLY CONSERVANCY DISTRICT, QUAY COUNTY FARM AND LIVESTOCK BUREAU, CURRY COUNTY, NEW MEXICO, and QUAY COUNTY, NEW MEXICO, <br><br>Plaintiffs, <br><br>v. <br><br>DEPARTMENT OF THE INTERIOR, SALLY JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior, DANIEL M. ASHE, in his official capacity as Director of the Fish and Wildlife Service, GARY FRAZER, in his official capacity as an Assistant Director at the Fish and Wildlife Service, and DIXIE PORTER, in her official capacity as the Field Supervisor, Oklahoma Ecological Services Field Office, Fish and Wildlife Service, Tulsa, Oklahoma, <br><br>Defendants. | Case No.: 4-14-cv-00509-JHP-PJC |

## NOTICE OF FILING PLAINTIFFS' NOTICE OF OPPOSITION TO THE SEPARATION AND REMAND OF CLAIMS BY U.S. JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION IN CONDITIONAL TRANSFER ORDER – 5

In accordance with Rule 7.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("Panel"), Plaintiffs Brad and Andrea Hutchison, New Mexico Cattle Growers' Association ("NMCGA"), New Mexico Wool Growers, Inc. ("NMWG"), New Mexico Federal Lands Council ("NMFLC"), Southwest Quay Soil and Water Conservation District ("Southwest Quay SWCD"), Arch Hurley Conservancy District ("AHCD"), Quay County Farm

and Livestock Bureau ("Quay County F&LB"), Curry County, New Mexico ("Curry County"), Quay County, New Mexico ("Quay County"), De Baca Soil and Water Conservation District ("DBSWCD"), De Baca County, Roosevelt Soil and Water Conservation District ("RSWCD"), Central Curry Soil and Water Conservation District ("CCSWCD"), Border Soil and Water Conservation District ("BSWCD"), Coalition of Renewable Energy Landowners Associations ("CRELA"), Lea Soil and Water Conservation District ("LSWCD"), Harding County, Union County, and Northeastern Soil and Water Conservation District ("NSWCD") (collectively, the "Plaintiffs) do hereby give notice, by their undersigned counsel in this litigation, that they have filed a Notice of Opposition to Conditional Transfer Order – 5 (CTO-5) [Dkt. 92], in the *In re Endangered Species Act Section 4 Deadline Litigation*, MDL No. 2165, a matter pending before the United States Judicial Panel on Multidistrict Litigation. The relevant pleadings filed in the above-captioned matter are attached hereto as Exhibit 1.

                Respectfully submitted,

                /s/Karen Budd-Falen
                Karen Budd-Falen (WY Bar #5-2467)
                Budd-Falen Law Offices, LLC
                300 East 18th Street
                P.O. Box 346
                Cheyenne, WY 82003
                Telephone: (307) 632-5105
                Facsimile: (307) 637-3891
                Karen@buddfalen.com

                AND

/s/Gerald Hilsher  
Gerald Hilsher, OBA #4218  
Robert J. Joyce, OBA #12728  
Jessica John Bowman, OBA #30388  
MCAFEE & TAFT,  
A Professional Corporation  
1717 South Boulder Ave., Suite 900  
Tulsa, OK 74119  
Telephone: (918) 587-0000  
Facsimile: (918) 599-9317  
Gerald.Hilsher@mcafeetaft.com  

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

*s/* Gerald L. Hilsher  
Gerald L. Hilsher

# Exhibit 1

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ENDANGERED SPECIES ACT SECTION 4
DEADLINE LITIGATION

<u>Hutchison, et al. v. Department of Interior, et al.</u>      )
    N.D. Oklahoma, C.A. No. 4: 14-00509      )      MDL No. 2165

NOTICE OF OPPOSITION TO
THE SEPARATION AND REMAND OF CLAIMS IN CTO-5

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the Plaintiffs in <u>Hutchison, et al.</u> hereby notice their opposition to the Conditional Transfer Order - 5 ("CTO-5") and to the simultaneous separation and remand of claims in CTO-5.

We understand that the corresponding brief is due in 14 days.

Dated: December 9, 2014.                    Respectfully Submitted,

/s/Karen Budd-Falen
Karen Budd-Falen (Wyo. Bar No. 5-2467)
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003
Telephone: 307/632-5105
karen@buddfalen.com

*Counsel for Plaintiffs*

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ENDANGERED SPECIES ACT SECTION 4 ) | |
| DEADLINE LITIGATION ) | |
|    Hutchison, et al. v. Department of Interior, et al. ) | |
|      N.D. Oklahoma, C.A. No. 4: 14-00509 ) | MDL No. 2165 |

PROOF OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Opposition to the Separation and Remand of Claims in CTO-5* and this Certificate of Service was served electronically via the ECF system or by electronic mail on December 9, 2014, to the following:

Clerk, Northern District of Oklahoma
Tulsa, OK

Hao-Chin Hubert Yang
US Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-0275
Hubert.yang@usdoj.gov
   **Counsel for Defendants: Department of the Interior, Fish and Wildlife Service, Daniel M. Ashe, Dixie Porter, Gary Frazer and Sally Jewell**
   N.D. Oklahoma, No. 14-cv-00509

Clifford Eugene Stevens
US Department of Justice (Envrmtl-Box 7611)
P.O. Box 7611
Washington, DC 20044-7611
Clifford.stevens@usdoj.gov
   **Counsel for Defendants: Department of the Interior, Fish and Wildlife Service, Daniel M. Ashe, Dixie Porter, Gary Frazer and Sally Jewell**
   N.D. Oklahoma, No. 14-cv-00509

Daniel Joseph Pollak
US Department of Justice (Envrmtl & Natural 601)
601 D Street NW
Washington, DC 20004-0663
Daniel.pollak@usdoj.gov
   **Counsel for Defendants: Department of the Interior, Fish and Wildlife Service, Daniel M. Ashe, Dixie Porter, Gary Frazer and Sally Jewell**
   N.D. Oklahoma, No. 14-cv-00509

2

James Jay Tutchton
WildEarth Guardians
6439 E. Maplewood Ave.
Centennial, CO 80111
Jtutchton@wildearthguardians.org
 **Counsel for WildEarth Guardians**
MDL No. 2165

/s/Karen Budd-Falen